No. 94–1062. MCCULLOUGH v. BRANCH BANKING & TRUST CO., INC. C. A. 4th Cir. Certiorari denied.

No. 94–1063. KLUMP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1064. MA v. TRW, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1066. FERRELLGAS, INC., ET AL. v. CLAY ET AL. Sup. Ct. N. M. Certiorari denied.

No. 94–1072. KLAUSER ET AL. v. BURKES. Sup. Ct. Wis. Certiorari denied.

No. 94–1073. TRANSCO PRODUCTS, INC. v. PERFORMANCE CONTRACTING, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–1080. KIRSCHNER, DIRECTOR, ARIZONA HEALTH CARE COST CONTAINMENT SYSTEM, ET AL. v. SALGADO ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 94–1081. WILKES v. YOUNG ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1082. GOLDEN v. EL CAMINO RESOURCES. C. A. 5th Cir. Certiorari denied.

No. 94–1084. TOLIVER v. SULLIVAN DIAGNOSTIC TREATMENT CENTER. C. A. 2d Cir. Certiorari denied.

No. 94–1085. LESNICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LESNICK v. HOLLINGSWORTH & VOSE CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1086. BRITT v. SMITH ET AL. Ct. App. Mich. Certiorari denied.